## AFFIDAVIT OF SERVICE

State of Wisconsin                                                                                           County of Milwaukee

Case Number: 2:20-CV-256

Plaintiff:
**Sheila A. Gard, et al**

vs.

Defendant:
**United States of America, et al**

For:
GRUBER LAW OFFICES, LLC
100 East Wisconsin Ave. #2800
Milwaukee, WI 53202

Received by Elite Process Service, LLC on the 21st day of February, 2020 at 11:32 am to be served on **U.S. Attorney's Office, 517 E. Wisconsin Ave., Milwaukee, WI 53202**.

I, Timothy Stein, being duly sworn, depose and say that on the **24th day of February, 2020** at **10:50 am, I:**

served a **GOVERNMENT AGENCY** by delivering an authenticated copy of the **Electronically Filed Summons In a Civil Action and Civil Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Don Henderson** as **Receptionist, Authorized To Accept** for **U.S. Attorney's Office**, 517 E. Wisconsin Ave., Milwaukee, WI 53202 and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: Black, Height: 5'10", Weight: 160, Hair: Black, Glasses: N

I the undersigned am an adult resident of the state of Wisconsin over the age of 18 and I am not a party to the above action.

Subscribed and Sworn to before me on the 24th day of February, 2020 by the affiant who is personally known to me.

_Colleen m Block_
NOTARY PUBLIC

Commission Expires: 2-12-21

**Timothy Stein**
Process Server

Elite Process Service, LLC
P.O. Box 844
Waukesha, WI 53187
(262) 313-8585

Our Job Serial Number: ELC-2020000439
Service Fee: $40.00