# MedPriceMonkey.com

*Providing health cost transparency*



## Menu

- Home
- CPT Hierarchy
- Find a Procedure
- Find a Diagnosis
- Find a Doctor
- Find a Doctor by discipline

## Articles

- Research Health Care Prices
- Research CPT Codes

## Providers for Removal of upper spine bone with release of spinal cord and/or nerves, anterior approach in your area

The average cost in the United States for this procedure is $1,311.21.

| Provider Name | street | City | Average Price |
|---|---|---|---|
| BEAU BOEDECKER | 2801 W KINNICKINNIC RIVER PKWY STE 550 | MILWAUKEE, WI | $3,682.00 |
| SHEKHAR DAGAM | 2801 W KINNICKINNIC RIVER PARKWAY | MILWAUKEE, WI | $9,206.00 |

Copyright 2017



Dagam
EXHIBIT 10
2-23-22
BROWN & JONES

Case 2:20-cv-00256-NJ    Filed 03/01/22    Page 1 of 1    Document 37-8