# MedPriceMonkey.com

*Providing health cost transparency*



## Menu

- Home
- CPT Hierarchy
- Find a Procedure
- Find a Diagnosis
- Find a Doctor
- Find a Doctor by discipline

## Articles

- Research Health Care Prices
- Research CPT Codes

### Providers for Fusion of spine bones with removal of disc at upper spinal column, anterior approach in your area

The average cost in the United States for this procedure is $5,524.13.

| Provider Name | street | City | Average Price |
|---|---|---|---|
| BEAU BOEDECKER | 2801 W KINNICKINNIC RIVER PKWY STE 550 | MILWAUKEE, WI | $7,500.00 |
| SHEKHAR DAGAM | 2801 W KINNICKINNIC RIVER PARKWAY | MILWAUKEE, WI | $18,750.00 |

Copyright 2017



Dagam
EXHIBIT 12
2-23-22
BROWN & JONES